THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California  94111-4006
Tel:    (415) 315- 6300
Fax:    (415) 315-6350

HARVEY J. WOLKOFF
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA  02199-3600
Tel:    (617) 951-7606
Fax:    (617) 235-0215

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| SEAN CLAWSON, individually, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC,<br><br>Defendants. | Case No.   3:11-cv-02417-MEJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge:  Magistrate Judge Maria-Elena James |

WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and

Sony Network Entertainment International LLC ("SNEI") have been named as defendants in at

least twenty-five (25) putative class action lawsuits within this District, to date;

1    WHEREAS, certain of the Sony Defendants have also been named as defendants in at

2  least eighteen (18) putative class action lawsuits pending outside this District, to date;

3    WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict

4  Litigation (the "JPML") to centralize this and other matters, to which one response has been filed

5  to date, and as to which other responses, including Sony Defendants' response, are due by June 2,

6  2011.

7    WHEREAS, the current deadline for SCEA and SNEI to respond to the Complaint is July

8  18, 2011;

9    WHEREAS, the parties have agreed to the extension of time herein for the defendants in

10  the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to

11  facilitate the scheduling of this matter in coordination with the schedule for the motion before the

12  JPML;

13    NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,

14  by and through their respective counsel, hereby stipulate as follows:

15    The deadline for the defendants to respond to the Complaint in the above-captioned action

16  is extended until and including 30 days after a consolidated complaint is filed in a multidistrict

17  litigation centralizing the above-captioned action with other matters, or if centralization is denied

18  by the JPML, then 30 days from the date of such order denying centralization.

19  ///

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
                                              RESPOND TO COMPLAINT
                                              CASE NO. 3:11-cv-02417-MEJ

Either party may seek ex parte relief from this stipulated Order for good cause shown, including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 23, 2011

By:    /s/ Stuart Gross /s/ [as authorized]
       Stuart Gross
       GROSS LAW

       Attorneys for Plaintiff
       SEAN CLAWSON

Dated: May 23, 2011                 HARVEY WOLKOFF
                                    THAD A. DAVIS
                                    ROCKY C. TSAI
                                    ROPES & GRAY LLP

By:    /s/ Rocky C. Tsai /s/
       Rocky C. Tsai

       Attorneys for Defendants
       SONY COMPUTER ENTERTAINMENT
       AMERICA LLC, and SONY NETWORK
       ENTERTAINMENT INTERNATIONAL
       LLC

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 25, 2011

By: _____
    U. S. District Court Magistrate Judge

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02417-MEJ